# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Steward Machine Company, Inc. | ) | ASBCA No. 61953 |
| | ) | |
| Under Contract No. W911WN-14-C-0005 | ) | |

APPEARANCES FOR THE APPELLANT:    Angela M. Richie, Esq.
David A. Erhart, Esq.
Denise M. Motta, Esq.
  Gordon Rees Scully Mansukhani, LLP
  Louisville, KY

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Richard J. Sprunk, Esq.
Shawn R. Pistner, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Pittsburgh

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 1, 2019

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61953, Appeal of Steward Machine Company, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals